HORACE SHIPMAN, Respondent, *v.* HARRY WILLIAMS, Appellant.

(Submitted October 4, 1872; decided January term, 1873.)

Decided upon the facts in the case.

*Harry Williams*, appellant, in person.

*F. B. Smith* for the respondent.

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed.